AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio  ▼

**FILED**

**6:08 pm Nov 24 2022**
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

United States of America
v.

ABDULRAHMAN ZALAH

*Defendant*

)
)
)
)
)
)
)

Case No.   1:22mj9277

FILED

DEC 0 1 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ABDULRAHMAN ZALAH                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:
   A violation of 18 U.S.C. 554, Smuggling of Goods from the United States.

Date:   November 24, 2022 at 5:54 p.m.

_____
*Issuing officer's signature*

City and state:   Cleveland, Ohio

Jennifer Dowdell Armstrong, Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/24/2022, and the person was arrested on *(date)* 11/27/2022 at *(city and state)* Cleveland, OH |
| Date: 11/28/2022          _____ |
| *Arresting officer's signature* |
| SPECIAL AGENT SAMER KATO |
| *Printed name and title* |