# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 1:22-mj-09277 |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE ARMSTRONG |
| -vs.- | ) | |
| | ) | |
| ABDULRAHMAN ZALAH, | ) | **DEFENDANT'S SUPPLEMENT** |
| | ) | **TO PROFFER EVIDENCE FOR** |
| Defendants | ) | **DETENTION HEARING** |

Now comes the defendant, Abdulrahman Zalah (hereinafter "Defendant"), by and through his attorney and submits to clarify the record from the detention hearing that it is this upcoming Spring Semester that will be his last semester at Walsh University, and not the current semester that will be ending this month. Mr. Zalah is scheduled to finish his studies in or around May 2023, rather than December 2022.

Respectfully submitted,

_____

**ROBERT B. BOTNICK**
**SC0078267**
**THE BOTNICK LAW FIRM, LLC**
**Attorney for Defendant Abdulrahman Zalah**
20600 Chagrin Boulevard, Suite 495
Shaker Heights, Ohio 44122
(216) 245-9245
(216) 331-2619 – Fax
robert@botnicklawfirm.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing Supplement to Proffer Evidence for Detention Hearing was filed via the Court's CM/ECF system this 13th day of December, 2022 and a copy served upon all parties thereby.

                                                                                                       _____
                                                                                                       **ROBERT B. BOTNICK**
                                                                                                       **SC0078267**
                                                                                                       Attorney for Defendant Abdulrahman Zalah